UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                       Civil No. 3:09cv802 HTW-LRA

73.92 ACRES OF LAND, MORE OR
LESS, IN MADISON COUNTY,
MISSISSIPPI, AND ANNANDALE
INVESTORS, LP; REUNION, INC.;
AND CYPRESS BRAKE PROPERTIES,
LLC, and UNKNOWN OWNERS.

    Defendants.

## ORDER GRANTING REUNION, INC'S APPLICATION FOR "ORDER TO PAY" UNDER 40 U.S.C. § 3114(c)(2)

THIS CAUSE is before the Court on the Application of Reunion, Inc. ("Reunion") for "Order to Pay" Under 40 U.S.C. § 3114(c)(2) (Dkt. # 17) (the "Application"). The Government has notified the Court that it has no objection to the relief sought. Having considered the Application, the Court finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Application is hereby GRANTED and that the Clerk of the Court shall immediately release the $158,700 deposited in the registry of the Court, plus all interest accrued thereon, to Reunion.

SO ORDERED, this the 22nd day of March, 2010.

                                                             */s/ Henry T. Wingate*
                                                      UNITED STATES DISTRICT JUDGE